# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 10-cv-00214-MJR |
| SUPERVISOR BENDOFF, ) | |
| LISA SHEMONIC, and ) | |
| MR. CLARK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff Michael Hall's motion to "terminate" Lisa Shemonic as a defendant in this action (Doc. 60). Hall explains that he was misinformed that Shemonic was the supervisor of the mailroom at Menard Correctional Center.

A review of the record reveals that Shemonic has appeared, answered the complaint, and filed a motion for summary judgment. Therefore, Plaintiff cannot voluntarily dismiss Shemonic without the Court's approval. *See* Fed.R.Civ.P. 41(a)(1). In accordance with Federal Rule of Civil Procedure 41(a)(2), and in consideration of Plaintiff's admission that Shemonic was mistakenly named as a defendant, dismissal with prejudice is appropriate.

**IT IS THEREFORE ORDERED** that, for the reasons stated, Plaintiff Hall's motion to voluntarily dismiss Defendant Lisa Shemonic (Doc. 60) is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a)(2); Shemonic is dismissed with prejudice. Final judgment against plaintiff and in favor of Shemonic will be entered after all claims against all defendants

are resolved.

      **DATED: November 16, 2011**

                                              **s/ *Michael J. Reagan***
                                              **MICHAEL J. REAGAN**
                                              **UNITED STATES DISTRICT JUDGE**